UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK RUSSELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SUPERIOR COURT OF CALIFORNIA,<br>COUNTY OF SONOMA,<br><br>　　　　Defendant. | Case No.  15-cv-01355-KAW<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO SEPTEMBER 22, 2015** |

　　　　Plaintiff Derek Russell filed this lawsuit on March 24, 2015.  Plaintiff has not filed a certificate of service or a case management conference statement.

　　　　Therefore, the Case Management Conference scheduled for June 23, 2015 is continued to September 22, 2015 at 1:30 p.m in Courtroom 4, 1301 Clay Street, Oakland, California.  The Case Management Conference Statement is due on or before September 15, 2015.

　　　　IT IS SO ORDERED.

Dated: June 18, 2015

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge