UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK RUSSELL,<br>      Plaintiff,<br>    v.<br>SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA,<br>      Defendant. | Case No. 15-cv-01355-KAW<br><br>ORDER TO SHOW CAUSE |

Plaintiff Derek Russell filed this action on March 24, 2015. (Dkt. No. 1.) Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiff has 120 days to complete service of the complaint and summons on Defendant, such that July 22, 2015 was the last day to complete service or to file a Motion for Administrative Relief from the deadline pursuant to Civil Local Rule 7-11. The Case Management Conference ("CMC") originally scheduled for June 23, 2015 was continued to September 22, 2015, because Defendant had not been served 7 days prior to the original CMC date. (Dkt. No. 6.)

Accordingly, the Court orders Plaintiff to show cause why this case should not be dismissed for failure to comply with the deadline to complete service on Defendant or to file a Motion for Administrative Relief. Plaintiff shall file a written response to this order to show cause by **August 17, 2015**. Failure to file a response to this order may result in the dismissal of this action for failure to prosecute.

///

///

///

///

1    Furthermore, as Plaintiff has not consented to the undersigned's jurisdiction, he shall
2 complete the attached consent/declination form and file it with the Court by no later than August
3 10, 2015.
4    IT IS SO ORDERED.
5 Dated: July 23, 2015

_____
KANDIS A. WESTMORE
United States Magistrate Judge