IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK RUSSELL, | No. C15-01355 CRB |
| Plaintiff, | **ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE** |
| v. | |
| SUPERIOR COURT OF CALIFORNIA, | |
| Defendant. | |

The Court has reviewed Magistrate Judge Kandis A. Westmore's Report and Recommendation to dismiss this case for failure to prosecute (dkt. 8), to which no opposition has been filed. The Court finds the Report correct, well-reasoned, and thorough, and ADOPTS it in every respect. Accordingly, the Complaint (dkts. 1, 3) is DISMISSED for failure to prosecute.

**IT IS SO ORDERED.**

Dated: October 19, 2015

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE