IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK RUSSELL,<br><br>   Plaintiff,<br><br> v.<br><br>SUPERIOR COURT OF CALIFORNIA,<br><br>   Defendant. | No. C15-01355 CRB<br><br>**JUDGMENT** |

  Having dismissed this case for failure to prosecute, the Court hereby enters judgment for Defendant and against Plaintiff.

  **IT IS SO ORDERED.**

Dated: October 19, 2015

                 CHARLES R. BREYER
                 UNITED STATES DISTRICT JUDGE